IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHELLE YOUNG,
    Plaintiff,

v.

BANK OF AMERICA, N.A.,
    Defendant.

CIVIL ACTION NO.
1:14-CV-2184-WBH

## ORDER

In the absence of objection, this Court concludes that the Report and Recommendation, [Doc. 12], of the Magistrate Judge is correct. Accordingly, the Report and Recommendation is hereby **ADOPTED** as the order of this Court. As such, Defendant's motion to dismiss, [Doc. 9], is **GRANTED IN PART** and **DENIED IN PART** as determined by the Magistrate Judge.

**IT IS SO ORDERED**, this 26th day of February, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)